# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALIKAH ASANTE-CHIOKE | CIVIL ACTION |
| VERSUS | NO. 22-4587 |
| NICHOLAS DOWDLE, ET AL. | SECTION: "J" (3) |

## ORDER

Before the Court is Plaintiff's Motion to Compel Defendant Davis to Respond to Discovery Requests (Rec. Doc. 92). Defendants Lamar A. Davis and Nicholas Dowdle opposed the motion.[1] Plaintiff filed a reply[2] on May 24, 2024. Having considered the parties' memoranda, the record, the oral argument, and the applicable law, and for reasons set forth on the record during oral argument, the Court issues this Order granting Plaintiff's Motion to Compel in part and denying it in part. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Compel Defendant Davis to Respond to Discovery Requests (Rec. Doc. 92) is **GRANTED IN PART**. Defendant Davis must respond fully to Interrogatory No. 2 and Request for Production No. 1 within 30 days.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Defendant Davis to Respond to Discovery Requests (Rec. Doc. 92) is **DENIED IN PART.** With respect to Interrogatory No. 6 and Request for Production Nos. 2, 3, and 4, Defendant

---

[1] Rec. Doc. 99.
[2] Rec. Doc. 105

1

Davis's objections are sustained without prejudice to Plaintiff's right to re-urge her motion after the Fifth Circuit rules on the pending appeal.

**IT IS FURTHER ORDERED** that, although they need not be produced at this time, Defendant Davis is to compile and retain documents responsive to Request for Production No. 4 (if he has not done so already).

**IT IS FURTHER ORDERED** that Plaintiff's request for costs and attorney's fees is **DENIED**.

New Orleans, Louisiana, this 30th day of May, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE