UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALIKAH ASANTE-CHIOKE | CIVIL ACTION |
| VERSUS | NO. 22-4587 |
| NICHOLAS DOWDLE, ET AL. | SECTION: "J" (3) |

## ORDER

For the reasons stated on the record at oral argument;[1]

**IT IS ORDERED** that Plaintiff Malikah Asante-Chioke's Motion for Attorney's Fees (R. Doc. 128), is **DENIED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 1st day of October, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE

---

[1] *See* R. Doc. 150 at 4–5.