UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALIKAH ASANTE-CHIOKE | CIVIL ACTION |
| VERSUS | NO. 22-4587 |
| NICHOLAS DOWDLE, ET AL. | SECTION: "J" (3) |

### ORDER SCHEDULING STATUS CONFERENCE

**IT IS ORDERED** that a telephone status conference is scheduled for **Wednesday, October 16, 2024, at 9:00 a.m.,** before the undersigned magistrate judge. Counsel are to participate in the conference by dialing (888) 398-2342 and entering access code 3035301. The purpose conference is to discuss a discovery dispute.

**IT IS FURTHER ORDERED** that the parties submit via email a joint status report two business days before the conference setting forth each party's position on the discovery dispute.

New Orleans, Louisiana, this 8th day of October, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE