UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MALIKAH ASANTE-CHIOKE | CIVIL ACTION |
| VERSUS | NO. 22-4587 |
| NICHOLAS DOWDLE, ET AL. | SECTION: "J" (3) |

## ORDER

Considering Plaintiff Malikah Asante-Chioke's request for oral argument (R. Doc. 166) on her pending Motion to Compel (R. Doc. 165);

**IT IS ORDERED** that the request for oral argument is **DENIED**. The Court will rule on Plaintiff's Motion on the briefing.

New Orleans, Louisiana, this 10th day of December, 2024.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE