# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

January 13, 2025

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Malikah Asante-Chioke
v. Nicholas Dowdle, et al.
No. 24-387
(Your No. 23-30694)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk